IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE L. PARQUET,<br><br>       Plaintiff,<br><br>   v.<br><br>PHOENIX LODGE HOTEL,<br><br>       Defendant._____/ | No. C 09-02048 WDB<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On May 8, 2009, Plaintiff Eunice L. Parquet filed a complaint and an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application provides insufficient and inconsistent information for the Court to evaluate whether Plaintiff qualifies for *in forma pauperis* status.  Plaintiff states in her application that she is paying both mortgage and rent.  Plaintiff further states that she owns a home valued at $35,000, without explaining the basis of that valuation or the amount of mortgage still due.  Plaintiff also states that she is presently employed, but fails to state her salary or identify her employer.

Plaintiff is ORDERED to file a revised application to proceed *in forma pauperis* that addresses these inconsistencies and omissions by **June 30, 2009**.  If Plaintiff fails either to submit a revised application by that date or pay the filing fee, the undersigned will issue a report and recommendation that the complaint be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 2, 2009

WAYNE D. BRAZIL
United States Magistrate Judge