**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE L. PARQUET,<br><br>    Plaintiff,<br><br>  v.<br><br>PHOENIX LODGE HOTEL,<br><br>    Defendant.<br>_____/ | No. C 09-02048 WDB<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS; ORDER OF REASSIGNMENT; REPORT AND RECOMMENDATION TO DISMISS THE COMPLAINT** |

On May 8, 2009, Plaintiff Eunice L. Parquet filed a complaint and an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On June 2, 2009, the Court ordered Plaintiff to file a revised IFP application by June 30, 2009, to address various inconsistencies and omissions. As Plaintiff has failed to submit a revised application by that date, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is DENIED.

IT IS FURTHER ORDERED that this case be reassigned randomly to a United States District Judge. The Case Management Conference set for August 18, 2009, is hereby VACATED.

Because Plaintiff has failed to submit a revised IFP application by the date ordered by the Court and has failed to pay the filing fee, the Undersigned hereby RECOMMENDS that the complaint be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992).

1     Plaintiff may serve and file specific written objections to the proposed findings and
2 recommendations within 10 days after being served with a copy of this Report and
3 Recommendation.  *See* Federal Rule of Civil Procedure 72(b); 28 U.S.C. § 636.
4 **IT IS SO ORDERED, REPORTED AND RECOMMENDED.**

6 Dated:  July 6, 2009

7 WAYNE D. BRAZIL
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2