IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE L. PARQUET, | No.09-02048 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS THE COMPLAINT; ORDER DISMISSING COMPLAINT |
| v. | |
| PHOENIZ LODGE HOTEL, | |
| Defendant. / | |

    The Court has reviewed Magistrate Judge Wayne D. Brazil's Report and Recommendation to Dismiss the Complaint.  No objections to the report were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that the complaint in the above-captioned case is dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  8/24/09

                               *Claudia Wilken*
                               CLAUDIA WILKEN
                               United States District Judge

cc:  WDB

<b>United States District Court</b><br>For the Northern District of California

UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA

EUNICE L. PARQUET,

   Plaintiff,

 v.

PHOENIZ LODGE HOTEL et al,

   Defendant.

              /

Case Number: CV09-02048 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eunice L. Parquet
22078 Arbor Avenue, Apt. 222
Hayward, CA 94541

Dated: August 24, 2009

              Richard W. Wieking, Clerk
              By: Sheilah Cahill, Deputy Clerk